UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ajay Uppal and Meenu Uppal,  Civ. No. 08-6327 (PAM/FLN)

Plaintiffs,

v.  **ORDER FOR DISMISSAL**

Robert E. Rose, James Haworth, and
FEDEX CUSTOM CRITICAL, INC.,

Defendants.

---

Pursuant to the foregoing Stipulation (Docket No. 17), the above-entitled action is hereby **DISMISSED with prejudice** but without cost to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 19, 2010

                                        s/Paul A. Magnuson
                                        Judge Paul A. Magnuson
                                        United States District Court